UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUANE L. BERRY,<br><br>                              Plaintiff,<br><br>                -against-<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; SEIZED FEDERAL SECURITIES,<br><br>                            Defendants. | 21-CV-1377 (LLS)<br><br>CIVIL JUDGMENT |

       Pursuant to the order issued July 7, 2021, dismissing the complaint,

       IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff is barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

       IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 7, 2021
            New York, New York

                                                                                                        Louis L. Stanton
                                                                                       Louis L. Stanton
                                                                                           U.S.D.J.